BRIAN YORKE
LAW OFFICES OF BALL AND YORK
1001 Partridge Drive, Suite 330
Ventura, CA  93003
(805) 642-5177;  (805) 642-4622 (fax)
byorke@ballandyorkelaw.com

ATTORNEYS FOR PLAINTIFF
JOSE MARQUEZ

LISA P. GRUEN
ERICKSEN ARBUTHNOT
835 Wilshire Boulevard, 5th Floor
Los Angeles, CA 90017
(213) 489-4411, (213) 489-4332 (fax)
lgruen@ericksenarbuthnot.com

LUKE M. SEIFERT *(pro hac vice pending)*
DONNA LAW FIRM, P.C.
7601 France Avenue South
Suite 350
Minneapolis, MN  55435
(952) 562-2460; (952) 562-2461 (fax)
lseifert@donnalaw.com

ATTORNEYS FOR DEFENDANT
BLAZIN WINGS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSE MARQUEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>BUFFALO WILD WINGS,<br><br>    Defendant. | Case No.: 2:15-cv-05414-DDP-JPR<br><br>**ORDER ON STIPULATION FOR ENTRY OF A PROTECTIVE ORDER**<br><br>**NOTE CHANGES MADE BY THE COURT** |

The foregoing Stipulated Confidentiality Agreement and Protective Order having been duly presented to the Court, it is hereby SO ORDERED.

|   |   |
|---|---|
| 1 | BY THE COURT: |
| 2 |   |
| 3  Dated: June 23, 2016 | **JEAN ROSENBLUTH** |
| 4 | Jean P. Rosenbluth<br>UNITED STATES MAGISTRATE JUDGE |