Randy E. Wells, Esq. (Cal. Bar #217178)
*rwells@ballandyorkelaw.com*
**LAW OFFICE OF BALL & YORKE**
1001 Partridge Drive, Suite 330
Ventura, California 93003
(805) 642-5177; (805) 642-4622 Fax

**JS-6**

**Attorneys for Plaintiff,
JOSE MARQUEZ**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARQUEZ, | **Case No.:** 2:15-cv-05414 DDP (JPRx) |
| Plaintiff, | |
| vs. | **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| BLAZIN WINGS, INC., 1 through 10, Inclusive, | |
| Defendant. | |

The stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed February 14, 2017, is approved. The entire action is hereby dismissed with prejudice.

Dated: February 15, 2017

_____
Hon. Dean D. Pregerson
Judge of the United States District Court

1